# EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT
SUPERIOR COURT DEPARTMENT

SUFFOLK, SS: SUPERIOR COURT

CIVIL ACTION
NO. 2584CV01343

-------------------------------------------X
NICHOLAS NOEL

    Plaintiff

VS.

CHRISTIAN DIOR, INC.

    Defendant
-------------------------------------------X

## PLAINTIFF'S COMPLAINT
## [WITH JURY CLAIM]

### COUNT ONE
### [NEGLIGENCE AND RES IPSA LOQUITUR]

1. The plaintiff, NICHOLAS NOEL, at all times herein relevant, is a resident of 206 West Selden Street, in the City of Boston, Suffolk County of the Commonwealth of Massachusetts.

2. The defendant, CHRISTIAN DIOR, INC., is a foreign corporation, with its principal office located in San Francisco, California, with its registered office and registered agent being Corporation Service Company, located at 84 State Street, in the City of Boston, Suffolk County of the Commonwealth of Massachusetts.

3. At all times herein relevant the defendant owns, and/or controls, and/or leases, and/or

1

manages, and/or operates, and/or possesses, and/or occupies, a certain high end luxury women's and men's apparel and accessories store referred to as the Dior Boston Copley Place at 100 Huntington Avenue, Boston, Massachusetts.

4. On the previously described premises, the plaintiff at all times herein relevant, was a lawful person and a security guard not employed by the defendant, on the interior store premises of the defendant.

5. On or about November 21, 2022, at approximately 2:00 p.m., while lawfully on the interior store premises of the defendant at Dior Boston Copley Place at 100 Huntington Avenue, Boston, Massachusetts, the plaintiff was severely and permanently injured when a very large, heavy and unsecured mirror suddenly fell and struck the plaintiff's head and back, as a result of the defendant's negligent and careless acts, omissions and mode of operation, with respect to the supervision, placement, inspection, maintenance and control of the said mirror on its interior store premises at Dior Boston Copley Place.

6. As a result of the negligence of the defendant, its agents, servants, employees or persons and/or entities under its control, the plaintiff was, and still is seriously, severely and permanently injured, incurred and is still incurring expenses for medical care and attendance, sustained and is sustaining severe pain and mental anguish, and is unable to carry on his usual duties.

7. The injury to the plaintiff, was also as the result of the negligence of the defendant, its agents, servants or employees, and is of the nature, that said injury would not have occurred but for said negligence of said defendant, its agents, servant or employees, and which negligence may be inferred by the nature of the event and by the fact said instrumentality was under the exclusive direction and control of the defendant, its agent, servant or employee.

8.   To the extent required, if any, due notice of the time, place and cause of the injuries was given to the defendant, its agents, servants, employees or persons and/or entities under its control; and if notice was not given the defendant has not been prejudiced thereby.

9.   At all times herein the plaintiff was free from any contributory negligence.

WHEREFORE, the plaintiff, NICHOLAS NOEL, demands judgment against the defendant, CHRISTIAN DIOR, INC., in the sum that a court with jury may award, together with interest and costs.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL CAUSES OF ACTION**

By Plaintiff's Attorney,

*/s/ Steven P. Kfoury, Jr.*
Steven P. Kfoury, Jr. (BBO# 697103)
Iannella and Mummolo
1234 Chestnut Street - Suite 212
Newton, MA 02464
Tel: (617) 227-1538
Email: StevenK@IannellaMummolo.com